# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| ESTATE OF MARANI AWANIS MANOOK,  )<br>　　Plaintiff,　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>RESEARCH TRIANGLE INSTITUTE,　　　)<br>INTERNATIONAL, and UNITY　　　　　)<br>RESOURCES GROUP, L.L.C.,　　　　　)<br>　　Defendants.　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　AND　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>JALAL ASKANDER ANTRANICK,　　　　　)<br>　　Plaintiff,　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>RESEARCH TRIANGLE INSTITUTE,　　　)<br>INTERNATIONAL, and UNITY RESOURCES )<br>GROUP, L.L.C.,　　　　　　　　　　　)<br>　　Defendants.　　　　　　　　　　　) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:10-CV-72-D**<br><br><br><br><br><br><br><br><br><br>**CASE NO. 5:10-CV-73-D** |

**Decision by the Court:**

　　**IT IS ORDERED AND ADJUDGED** that the court GRANTS RTI's and Unity's motions to dismiss for lack of subject-matter jurisdiction [D.E. 49, 55, 41, 48] and declines to exercise supplemental jurisdiction over the state-law claims. The court also DISMISSES Unity's motion for a protective order [D.E. 57] and all other pending motions [D.E. 15, 11, 13] as MOOT.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 12, 2010** WITH A COPY TO:

Janet Ward Black (via CM/ECF Notice of Electronic Filing)
Douglas P. Faucette (via CM/ECF Notice of Electronic Filing)
Clifton L. Brinson (via CM/ECF Notice of Electronic Filing)
Paul David Wolf (via CM/ECF Notice of Electronic Filing)


August 12, 2010                                      DENNIS P. IAVARONE, Clerk
Date                                                         Eastern District of North Carolina

                                                                     /s/ Debby Sawyer
                                                                     (By) Deputy Clerk

Raleigh, North Carolina